| | |
|---|---|
| **From:** | Emily Somach <emilysomach@gmail.com> |
| **Sent:** | Friday, September 9, 2022 10:01 AM |
| **To:** | PAED Documents; cafstar@aol.com |
| **Subject:** | Pro Se response to Case 2:22-cv-02775-TJS filed 7/18/22, complaint received 9/7/22 |
| **Attachments:** | Answer to Case 2.22-cv-02775-TJS.pdf |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.