IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

THEODORE SOMACH, INTERTECH
EUROPE, DAVID KELLEY, AVIEL FELIX,
AND JILL GOLDSTONE

    Plaintiffs

    vs.

EMILY SOMACH,

    Defendant

Case No. 2:22-cv-02775

# AFFIDAVIT

State of Maryland
County of Baltimore City

I, Emily Somach, of 2606 Hampden Avenue, Baltimore, MD 21211 do hereby swear under oath
that:

1. I do not claim any ownership of the VOCR collection and never have claimed any
   ownership of the VOCR collection.
2. I have never marketed, sold, licensed, or otherwise profited from any portion of the
   VOCR collection.

Under penalty of perjury, I hereby declare and affirm that the above stated facts, to the best of
my knowledge, are true and correct.

DATED this 28th day of October, 2023

_____
Signature

_____
Printed Name  Emily Somach

## NOTARY ACKNOWELDGEMENT

State of Maryland                    )
                                     )
County of Baltimore City             )

The foregoing instrument was acknowledged before me this 28ᵗʰ day of _October_, 2023, by the undersigned, Emily Somach, who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

_____
Signature

_____
Notary Public

My Commission Expires: 03/23/2026

DOLOROSA CLARK
Notary Public - State of Maryland
Baltimore County
My Commission Expires Mar 23, 2026