IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

THEODORE SOMACH, INTERTECH EUROPE, DAVID KELLEY, AVIEL FELIX, AND JILL GOLDSTONE

Plaintiffs

vs.

REILLY SOMACH,

Defendant

Case No. 2:22-cv-02775

# AFFIDAVIT

State of Massachusetts
County of Essex

I, Reilly Somach, of 25 Washington Street #4, Beverly, MA 01915 do hereby swear under oath that:

1. I do not claim any ownership of the VOCR collection and never have claimed any ownership of the VOCR collection.
2. I have never marketed, sold, licensed, or otherwise profited from any portion of the VOCR collection.

Under penalty of perjury, I hereby declare and affirm that the above stated facts, to the best of my knowledge, are true and correct.

DATED this 28th day of October, 2023

*Reilly Somach*
Signature

Reilly Somach
Printed Name